**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EARL H. DARNOLD, PERSONALLY
AND AS TRUSTEE OF THE DARNOLD
FAMILY TRUST,

Appellants,

vs.

RUSSELL JACOBY; CAMELIA
JACOBY; AND DESERT LAND
INVESTMENT COMPANY, LLC,

Respondents.

No. 68980

FILED

DEC 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for attorney fees after an evidentiary hearing and an order regarding NRCP 11 violations. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Respondents have filed a motion to dismiss for lack of jurisdiction. Appellants have opposed the motion and respondents have filed a reply. Specifically, respondents argue that this is an appeal from an interlocutory order because the district court case is still ongoing below, and that there was no NRCP 54(b) certification indicating that the order appealed from was a final judgment. We agree. The district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991);

15-38351

*Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____ , J.
Pickering

cc:    Hon. Ronald J. Israel, District Judge
       Cuthbert E.A. Mack
       Benjamin B. Childs
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A